UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CHARLES A. GUTIERREZ,<br><br>        Plaintiff,<br><br>vs.<br><br>NANCY BERRYHILL, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. CV-17-129-GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

1. Judge Johnston's Findings and Recommendations [28] is ADOPTED IN FULL.
2. Guitierrez's Motion for Summary Judgment [9] is DENIED.
3. The Commissioner's decision to deny benefits to Gutierrez is AFFIRMED.

Dated this 24th day of May, 2019.

                             TYLER P. GILMAN, CLERK

                             By: /s/ M. Stewart
                             M. Stewart, Deputy Clerk